```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 48754
   DONNETTA L GRIFFIN
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-0669

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/11/2005 and was confirmed 02/22/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/29/2007.
--------------------------------------------------------------------------
 CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------
 UNITED AUTO CREDIT       SECURED          10850.00         1286.68        4163.51
 UNITED AUTO CREDIT       UNSECURED       NOT FILED             .00            .00
 LVNV FUNDING LLC         UNSECURED        10932.93             .00            .00
 GLENDA J GRAY            DEBTOR ATTY           .00                            .00
 TOM VAUGHN               TRUSTEE                                           324.33
 DEBTOR REFUND            REFUND                                               .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
 TRUSTEE                     5,774.52

 PRIORITY                                             .00
 SECURED                                         4,163.51
    INTEREST                                     1,286.68
 UNSECURED                                            .00
 ADMINISTRATIVE                                       .00
 TRUSTEE COMPENSATION                              324.33
 DEBTOR REFUND                                        .00
                      ---------------    ---------------
 TOTALS                      5,774.52           5,774.52
```

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 48754 DONNETTA L GRIFFIN

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/05/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE